UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

KEVIN LYONS REILLY,                    )
                                       )
                    Plaintiff,         )
                                       )        **JUDGMENT IN A CIVIL CASE**
          v.                           )
                                       )        **CASE NO. 7:20-CV-237-D**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security,                       )
                    Defendant.         )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R[D.E. 22]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 11],
GRANTS defendant's motion for judgment on the pleadings [D.E. 17], AFFIRMS defendant's
final decision, and DISMISSES this action.

<u>**This Judgment Filed and Entered on August 8, 2022, and Copies To:**</u>
Charles F. Hall, IV                          (via CM/ECF electronic notification)
Amanda B. Gilman                             (via CM/ECF electronic notification)

DATE:                          PETER A. MOORE, JR., CLERK
August 8, 2022                 (By)  /s/ Nicole Sellers
                                Deputy Clerk